UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

   Leon M Benford, Jr.
   Trina M Benford
        Debtor(s)

Case No. 14 B 34862

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 09/25/2014.

2)  The plan was confirmed on 01/14/2015.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/27/2015.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 04/07/2015, 08/25/2015.

5)  The case was Dismissed on 09/23/2015.

6)  Number of months from filing to last payment: 9.

7)  Number of months case was pending: 16.

8)  Total value of assets abandoned by court order: NA .

9)  Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,645.22 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$4,645.22** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,262.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $181.81 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,444.31** |

Attorney fees paid and disclosed by debtor:    $150.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Express Centurion | Unsecured | 1,019.78 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 2,149.00 | 2,149.75 | 2,149.75 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 0.00 | 750.13 | 750.13 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 789.14 | 1,158.54 | 1,158.54 | 0.00 | 0.00 |
| Ashro Lifestyle | Unsecured | 220.00 | 220.91 | 220.91 | 0.00 | 0.00 |
| AT&T Wireless | Unsecured | 2,999.80 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 450.40 | NA | NA | 0.00 | 0.00 |
| Cba Collection Bureau | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| Cbe Group | Unsecured | 1,670.00 | NA | NA | 0.00 | 0.00 |
| Central Furniture | Unsecured | 1,452.00 | NA | NA | 0.00 | 0.00 |
| Central Furniture | Secured | 1,452.00 | 1,572.33 | 250.00 | 196.82 | 4.09 |
| Central Furniture | Unsecured | NA | 0.00 | 1,322.33 | 0.00 | 0.00 |
| City of Chicago Dep Revenue | Unsecured | 11,000.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,000.00 | 4,961.96 | 4,961.96 | 0.00 | 0.00 |
| ComEd | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,695.00 | 3,704.12 | 3,704.12 | 0.00 | 0.00 |
| Community Hospital | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Debt Credit Services | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Dr Leonards/Carol Wrig | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Drive Financial | Unsecured | 9,589.00 | NA | NA | 0.00 | 0.00 |
| Eagle Accounts Group I | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 379.85 | NA | NA | 0.00 | 0.00 |
| Figi's Inc | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| First Bk Of De/contine | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| Green Tree Servicing LLC | Secured | 161,942.00 | 177,425.96 | 177,425.96 | 0.00 | 0.00 |
| Green Tree Servicing LLC | Secured | 24,000.00 | 56,506.22 | 24,000.00 | 0.00 | 0.00 |
| IC System | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,392.57 | 1,903.28 | 1,903.28 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 1,044.80 | 1,044.80 | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Unsecured | 8,153.80 | 13,970.35 | 13,970.35 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 7,999.27 | 7,999.27 | 0.00 | 0.00 |
| Jeffro Furn | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| Massey's | Unsecured | 0.00 | 264.84 | 264.84 | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 240.29 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,880.00 | 2,839.62 | 2,839.62 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 350.00 | 350.23 | 350.23 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 306.00 | 306.83 | 306.83 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 461.76 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 724.00 | 724.89 | 724.89 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 898.00 | 898.44 | 898.44 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 294.28 | 294.28 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 541.00 | 541.65 | 541.65 | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 320.00 | 320.54 | 320.54 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 302.00 | 745.16 | 745.16 | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| TK Financial | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit Srv | Unsecured | 1,407.00 | NA | NA | 0.00 | 0.00 |
| TRI State Financial | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Of Education | Unsecured | 80,654.00 | NA | NA | 0.00 | 0.00 |
| Wisconsin Cheeseman | Unsecured | 0.00 | 289.17 | 289.17 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $177,425.96 | $0.00 | $0.00 |
| Mortgage Arrearage | $24,000.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $250.00 | $196.82 | $4.09 |
| **TOTAL SECURED:** | **$201,675.96** | **$196.82** | **$4.09** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,902.55 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$9,902.55** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,958.54** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,444.31 |
| Disbursements to Creditors | $200.91 |
| **TOTAL DISBURSEMENTS** : | **$4,645.22** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/19/2016                    By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**